IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BLANDON DILLON ELKINS,**                                                              **PLAINTIFF**
**ADC #159560**

**V.**                       **CASE NO. 1:17-CV-118-DPM-BD**

**MINDY JONES**                                                                          **DEFENDANT**

## RECOMMENDED DISPOSITION

### I.   Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

### II.   Discussion

Plaintiff Blandon Dillon Elkins, formerly an inmate at the Izard County Jail, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In his complaint, Mr. Elkins named Defendant Jones in her official capacity only. Because Mr. Elkins did not allege that he was injured as a result of any Izard County custom or policy, he failed to state a federal claim against Defendant Jones in her

official capacity. The Court gave Mr. Elkins thirty days from November 27, 2017, to file an amended complaint. (#4)

Mr. Elkins was released from custody and filed a notice of a new address on December 26, 2017. (#9) By order of January 5, 2018, the Court gave Mr. Elkins until February 5, 2018, to amend his complaint and specifically cautioned him that his claims could be dismissed if he failed to amend his complaint. (#10)  To date, Mr. Elkins has failed to amend his complaint and, as the record stands, he has failed to state a federal claim for relief.

### III.   Conclusion

Mr. Elkins's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's January 5, 2018 Order and failure to prosecute this case.

DATED this 7th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE