# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BLANDON DILLON ELKINS**                                   **PLAINTIFF**

v.                                   **No. 1:17-cv-118-DPM**

**MINDY JONES, Jail Administrator,**
**Izard County Sheriff's Department**                       **DEFENDANT**

## ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b)
(1983 addition to advisory committee notes). Elkins's complaint will be
dismissed without prejudice. An *in forma pauperis* appeal from this
Order and accompanying Judgment would not be taken in good faith.
28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2018