# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BLANDON DILLON ELKINS                  PLAINTIFF

v.               No. 1:17-cv-118-DPM

MINDY JONES, Jail Administrator,
Izard County Sheriff's Department              DEFENDANT

## JUDGMENT

Elkins's complaint is dismissed without prejudice.

*(signed)* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

2 March 2018